```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 20804
   DIRK A DREHOBL
   JACLYNN L DREHOBL                     CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2530      SSN XXX-XX-1095
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 11/07/07 .

   2.   The case was converted to Chapter 7 without confirmation, 01/30/2008.

   3.   The Debtor paid a total of $    600.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DITECH.COM | SECURED | .00 | .00 | .00 |
| DITECH.COM | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 299.16 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | 266.04 |
| BAE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| BAE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| TOYS R US | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ZALES CREDIT PLAN | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 565.20 | .00 | .00 | .00 | 565.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 565.20 | .00 | .00 | .00 | 565.20 |

The Debtor's attorney, PAUL R IDLAS                    , was allowed $         .00 and was paid $          .00 .

The Trustee received $      34.80 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE